UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID D. BELLEAU,

        Plaintiff,

                              Case Number 10-14978
v.                              Honorable David M. Lawson

UNIVERSITY OF MICHIGAN,

        Defendants.
_____/

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

The plaintiff filed the complaint in this case on December 15, 2010 and an amended complaint on January 11, 2011. No further action has occurred in this case since that date. Therefore, on June 1, 2011, the Court ordered the plaintiff to show cause in writing on or before June 15, 2011, why this case should not be dismissed for failure to prosecute. The plaintiff has not responded to the order. Fed. R. Civ. P. 41(b) provides for involuntary dismissal "[i]f the plaintiff fails to prosecute" upon motion by the defendant. However, the Court can also dismiss the case *sua sponte* in the exercise of its inherent power to manage the docket. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is **ORDERED** that the above-captioned case shall be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated: June 21, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 21, 2011.

                                              s/Deborah R. Tofil
                                              DEBORAH R. TOFIL